# Return

| Case No.: 3:20mj (RAR) | Date and time warrant executed: 12/04/2020 09:06AM | Copy of warrant and inventory left with: Postmaster |
|---|---|---|

Inventory made in the presence of: Postal Inspector Jesse Nason

Inventory of the property taken and name(s) of any person(s) seized:

- USPS Ready Post Box 15" x 12" x 10" addressed to 14 Blackhall Street, Apartment 2, New London CT, 06320. USPS Priority Express Tracking Number EJ 377 838 289 US.

- Naturfee World Children's toys and large blue pillow

- 2.85lbs of a white brick powder substance contained within the stuffing of the blue pillow. White powder substance field tested positive for cocaine.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/10/2020

*Executing officer's signature*

**Geoff Maynard**
*Printed name and title*